UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                                     Case No. 2:11-cr-31

KRISTINE AMANDA BELTRAME,          HON. TIMOTHY P. GREELEY

    Defendant(s).
    _____/

## ORDER OF DETENTION

Upon motion of the government and in accordance with the hearing conducted on October 20, 2011, IT IS HEREBY ORDERED that the order setting conditions of defendant's release is revoked and that the defendant shall be detained pending further proceedings. Defendant reserved the right to request a detention hearing at a later date. The defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: October 20, 2011                  /s/ Timothy P. Greeley
                                          TIMOTHY P. GREELEY
                                          UNITED STATES MAGISTRATE JUDGE